UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**03 CR 10351 NG**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Felon in Possession of |
| JAIRUS DEVARIE | ) Firearm |

<u>INDICTMENT</u>

<u>COUNT ONE</u>:   (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm)

The Grand Jury charges that:

On or about September 12, 2001, at Lawrence, in the District of Massachusetts,

JAIRUS DEVARIE,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Glock, Model 27, .40 caliber semi-automatic pistol with an obliterated serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]* 11/19/03
FOREPERSON OF THE GRAND JURY


*[signature]*
JOHN A. CAPIN
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS          November 19, 2003

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
11-19-03 at 3:20 PM

%JS 45 (5/97) - (Revised USAO MA 025/02)    03 CR 1085 1 NG

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. II    Investigating Agency   FBI

City   Lawrence     **Related Case Information:**

County   Essex     Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   01-M-01095-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jairus Devarie     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: 1976   SS#: 8053   Sex: M   Race: White Hispanic   Nationalist: USA

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   John A. Capin     Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody   Essex Cty HOC    ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeano _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 19, 2003     Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

03cr10351NG

District Court Case Number (To be filled in by deputy) _____

Name of Defendant    Jairus Devarie

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in possession of firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____