UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10351-NG

UNITED STATES OF AMERICA

v.

JAIRUS DEVARIE

## ORDER ON EXCLUDABLE TIME

January 14, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 14, 2004 through February 9, 2004,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of this court dated December 3, 2003 and this order, as of February 9, 2004 there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (December 31, 2003 - January 13, 2004) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge