UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JAIRUS DEVARIE   )<br>) | CRIMINAL NO. 03-10351-NG |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(A)**

Pursuant to Local Rule 116.5(A), the United States and Jairus Devarie (collectively, the "parties") state as follows:

(1)   The government has made the disclosures required by L.R. 116.1(C)(1) and does not anticipate providing additional discovery.

(2)   The parties agree that the government will make the requisite expert witness disclosures thirty (30) days prior to trial; the defendant shall make reciprocal disclosures fifteen (15) days prior to trial.

(3)   The parties anticipate providing additional discovery in accordance with items (2) above.

(4) The defendant may seek to file a motion to suppress and seeks until February 9. 2004 to do so.

(5)   The date of arraignment, December 3, 2003, is excludable pursuant to 18 U.S.C. § 3161(h)(1). The period from December 3, 2003 to December 31, 2003 were excluded by Order of the Court (Docket Entry 6).

(6)   The parties are uncertain whether a trial is likely. In the event of trial, the parties

anticipate it will last approximately two days.

(7) The parties propose that a final status conference be held on or about February 9, 2004.

|  |  |
|---|---|
| JAIRUS DEVARIE<br>By his Attorney<br><br>_____<br>KEITH S. HALPERN<br>Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 722-9952 | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: _____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |

2