UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10351-NG |
| | ) | |
| JAIRUS DEVARIE | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE

The parties hereby move to continue the final status conference in this matter – currently scheduled to be held on February 9, 2004 – until February 26, 2004 and to exclude the period of the continuance from the time within which the trial of this matter must commence under the Speedy Trial Act. As grounds, the parties state that they are engaged in plea negotiations which may resolve this matter imminently. The parties anticipate being able to report to the Court before February 26 whether the case should be returned to the district judge for a change-of-plea hearing. The delay resulting from permitting the defendant the requested time to consider whether to enter a guilty plea will enable him to make an informed decision and, thus, serve the ends of justice and outweigh the best interest of the public and the defendants in a speedy trial. The delay is therefore excludable under 18 U.S.C. §3161(h)(1)(8).

Wherefore, the parties request that the Court continue the final status conference until February 26, 2004 and exclude the period of the continuance from the time within which the trial of this matter

must commence under the Speedy Trial Act.

| | |
|---|---|
| JAIRUS DEVARIE<br>By his Attorney<br><br>/s/<br>_____<br>KEITH S. HALPERN<br>Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 722-9952 | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: _____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |