UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10351-NG |
| | ) | |
| JAIRUS DEVARIE | ) | |

## JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE AND TO EXCLUDE THE PERIOD OF THE CONTINUANCE UNDE THE SPEEDY TRIAL ACT

The parties to the above-captioned proceeding hereby move the Court to continue for approximately 30 days the final status conference, currently scheduled to be held on February 26, 2004. In addition, the parties move the Court to exclude the period of the continuance from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. As grounds, the parties state that they are engaged in discussions concerning a change of plea in this and an unrelated case involving the defendant. It appears fairly likely that both cases will be resolved by change of plea shortly. The parties agree that the period of the continuance should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) because the basis for the continuance – permitting the parties to complete their plea discussions – outweighs the interest of the defendant and the public in a speedy trial. As an additional basis for requesting a continuance, the parties state that the sudden illness of defense counsel's child makes it extremely difficult for defense counsel to attend the conference on the currently scheduled date

Wherefore, the parties request that the Court continue the final status conference in this matter for approximately 30 days.

| | |
|---|---|
| JAIRUS DEVARIE<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| *Keith S. Halpern/TAC*<br>KEITH S. HALPERN<br>Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 722-9952 | By: *[signature]*<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |

2