UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10351-NG

UNITED STATES OF AMERICA

v.

JAIRUS DEVARIE

## FURTHER ORDER ON EXCLUDABLE TIME

February 24, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court for February 26, 2004.  The parties have jointly requested a continuance in order to continue discussions concerning a possible change of plea.  In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 26, 2004 - March 30, 2004

that being the time between the Final Status Conference as originally scheduled and the rescheduled Final Status Conference.

**The Final Status Conference has been rescheduled for Tuesday, March 30, 2004 at 10:15 A.M.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference.  In addition, the parties shall include in the Joint Memorandum not**

only the periods of excludable time that are applicable, but also the amount of

time remaining under the Speedy Trial Act before trial must commence.


_／ s／ Judith Gail Dein_
JUDITH GAIL DEIN
United States Magistrate Judge