UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10351-NG

UNITED STATES OF AMERICA

v.

JAIRUS DEVARIE

## FURTHER ORDER ON EXCLUDABLE TIME

March 30, 2004

DEIN, M.J.

An Interim Status Conference was held before this Court on March 30, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 30, 2004 - April 30, 2004

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of this court dated December 3, 2003, January 14, 2004, February 10, 2004, February 24, 2004, and this order, as of April 30, 2004, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (December 31, 2003 - January 13, 2004) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　／s／ Judith Gail Dein
　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN

United States Magistrate Judge