UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAIRUS DEVARIE )<br>) | CRIMINAL NO. 03-10351-NG |

### JOINT MEMORANDUM PURSUANT TO L.R. 116.5(C)

Pursuant to Local Rule 116.5(C), the United States and the defendant, Jairus Devarie, (collectively, the "parties") state as follows:

(1) There are no outstanding discovery issues.

(2) The parties do not anticipate any additional discovery at this time, except for reciprocal expert witness disclosures, which the parties will make before trial.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant will not raise an alibi defense.

(5) The defendant does not intend to file any motion requiring a ruling by the District Court before trial.

(6) Because the parties are engaged in plea discussions and require additional time to complete those discussions, the parties request that the Court convert the conference scheduled to be held on March 30, 2003 into an interim status conference and re-schedule the final status conference to be held approximately 30 days hence.

(7) The parties are engaged in plea discussions and seek an additional 30 days to complete those discussions..

(8) The following periods of excludable delay have been, or should be, ordered by the Court:

(A) The date of arraignment, December 3, 2003, is excludable pursuant to 18 U.S.C. § 3161(h)(1).

(B) The period from December 3, 2003 to December 31, 2003 was excluded by Order of the Court (Docket Entry 6).

(C) The period from January 14, 2004 to February 9, 2004 was excluded by Order of the Court (Docket Entry 9).

(D) The period from February 9, 2004 to February 26, 2004 was excluded by Order of the Court (Docket Entry 12).

(E) The period from February 26, 2004 to March 30, 2004 was excluded by Order of the Court (Docket Entry 14).

Thus, from the defendant's initial appearance before the Court on December 3, 2003 to March 30, 2004, thirteen (13) non-excludable days will have elapsed (January 1, 2004 to January 13, 2004) and fifty-seven (57) days will remain so as commence trial within the seventy (70) days mandated by the Speedy Trial Act.

(9) The parties anticipate that trial will last 2-3 days.

| | |
|---|---|
| JAIRUS DEVARIE<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| *Keith S. Halpern/JAC*<br>KEITH S. HALPERN<br>Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 722-9952 | By: _____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |