UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10351-NG |
| | ) | |
| JAIRUS DEVARIE | ) | |

## SECOND JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE AND TO EXCLUDE THE PERIOD OF THE CONTINUANCE UNDE THE SPEEDY TRIAL ACT

The parties to the above-captioned proceeding hereby move the Court to continue for 10 days the final status conference, currently scheduled to be held on April 30, 2004. In addition, the parties move the Court to exclude the period of the continuance from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. As grounds, the parties state that they continued to discuss the possible resolution of this and an unrelated case involving the defendant. It appears fairly likely that both cases will be resolved by change of plea. The parties agree that the period of the continuance should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) because the basis for the continuance – permitting the parties to complete their plea discussions – outweighs the interest of the defendant and the public in a speedy trial.

Wherefore, the parties request that the Court continue the final status conference in this matter for 10 days.

| | |
|---|---|
| JAIRUS DEVARIE<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ | By: /s/ |
| KEITH S. HALPERN<br>Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 722-9952 | JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |