UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-10351-NG

UNITED STATES OF AMERICA

v.

JAIRUS DEVARIE

**FINAL STATUS REPORT**

May 11, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this court on Tuesday, May 11, 2004, pursuant to the provisions of Local Rule 116.5(C).  Based on the parties' Status Report, this court enters the following report and orders, to wit:

1. The defendant intends to enter a plea of guilty.

2. Discovery is completed.

3. There are no outstanding discovery issues.  The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated December 3, 2003, January 14, 2004, February 10, 2004, February 24, 2004, March 3, 2004 and May 5, 2004, as of this date, there are fourteen (14) days of non-excludable time under the Speedy Trial Act (December 31, 2003 - January 13, 2004), and fifty-six (**56**) days remaining under the Speedy Trial Act in which this case must be tried.[1]

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty.  See United States v. Mentz, 840 F.2d 315,

5.  No trial is anticipated. However, the parties estimate that if the case goes to trial, the trial will last approximately 2-3 days.

6.  The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge

---

330-31 (6th Cir. 1988).