UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10351-NG |
| | ) | |
| JAIRUS DEVARIE | ) | |
| | ) | |

**REQUEST TO RETURN CASE TO DISTRICT COURT FOR RULE 11 HEARING AND SUPPLEMENTAL MEMORANDUM PURSUANT TO L.R. 116.5(C)**

The parties submit this report pursuant to Local Rule 116.5(C), and request that the Court forego conducting a final status conference and immediately return this case to the district court for the scheduling a change of plea. Pursuant to L.R. 116.5(C), the parties state as follows:

(1) There are no outstanding discovery issues.

(2) The parties do not anticipate any additional discovery at this time.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant will not raise an alibi defense.

(5) The defendant does not intend to file any motion requiring a ruling by the District Court before trial.

(6) The parties request that the case be returned to the district court for the scheduling of a change of plea.

(7) The defendant intends to enter a plea of guilty.

(8) The following periods of excludable delay have been, or should be, ordered by the Court:

    (A)    The date of arraignment, December 3, 2003, is excludable pursuant to 18 U.S.C. § 3161(h)(1).

    (B)    The period from December 3, 2003 to December 31, 2003 was excluded by

        Order of the Court (Docket Entry 6).

(C)    The period from January 14, 2004 to February 9, 2004 was excluded by Order of the Court (Docket Entry 9).

(D)    The period from February 9, 2004 to February 26, 2004 was excluded by Order of the Court (Docket Entry 12).

(E)    The period from February 26, 2004 to March 30, 2004 was excluded by Order of the Court (Docket Entry 14).

(F)    The period from March 30, 2004 was excluded by Order of the Court (Docket Entry 19).

Thus, from the defendant's initial appearance before the Court on December 3, 2003 to March 30, 2004, thirteen (13) non-excludable days will have elapsed (January 1, 2004 to January 13, 2004) and fifty-seven (57) days will remain so as commence trial within the seventy (70) days mandated by the Speedy Trial Act.

(9) The parties anticipate that trial will last 2-3 days.

| | |
|---|---|
| JAIRUS DEVARIE<br>By his Attorney<br><br>_____<br>KEITH S. HALPERN<br>Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 722-9952 | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: _____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |