UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 03-10351-NG |
| ) | |
| JAIRUS DEVARIE ) | |

**DEFENDANT'S MOTION FOR PRE-PLEA PRESENTENCE REPORT**
**(ASSENTED TO BY GOVERNMENT)**

Defendant Jairus Devarie respectfully moves the Court to order Probation to prepare a pre-plea Presentence Report. The defendant is charged with one count of being a felon in possession of a handgun under 18 U.S.C. § 922 (g) (1). The defendant further moves that the time until such a Report is prepared be excluded for speedy trial purposes.

As grounds therefore, defendant states:

1. The defendant's ability to evaluate a possible plea will be enhanced, and the interests of justice will be served, if he is able to learn, prior to making a final plea decision, Probation's position on several issues which arise under the Sentencing Guidelines.

2. These issues include whether defendant's prior convictions constitute crimes of violence or a controlled substance offense, and the nature and extent of the Court's authority to order or recommend that defendant's sentence run concurrent to an unrelated state sentence that may be imposed in the future.

3. Defense counsel's ability to advise the defendant of the likely application of the Guidelines prior to a plea, as well as the possibility of a plea agreement, will be enhanced if a pre-plea Presentence Report is prepared.

For these same reasons, the time until a pre-plea Presentence Report is prepared should be excluded for speedy trial purposes.

## CONCLUSION

For the foregoing reasons, the Court should order that a pre-plea Presentence Report be prepared, and that the time until the Report is prepared be deemed excludable.

Dated: 5/12/04

Jairus Devarie
By his Attorney,

*Keith Halpern*
Keith Halpern
BBO # 545282
4 Longfellow Place, 37th Floor
Boston, MA 02114
(617) 722-9952

Assented to:

*John Capin (KSH)*
John A. Capin
Assistant U.S. Attorney

### Certificate of Service

I hereby certify that I have this date served the above by causing a true copy thereof to be mailed first class postage prepaid mail to all counsel of record.

Dated: 5/12/04

2