UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 03-10351-NG |
| JAIRUS DEVARIE | ) | |

**DEFENDANT'S MOTION TO SCHEDULE SIMULTANEOUS PLEA ON JANUARY 14, 2005**

Defendant Jairus Devarie hereby moves the Court to schedule a Rule 11 plea hearing on January 14, 2004 at 3:00, to enable the defendant to enter a guilty plea in this case at the same time that he pleads guilty on another pending case, No. 02-10036-PBS.

In the case before this Court the defendant is charged with one count of being a felon in possession of a firearm. In the case before Judge Saris the defendant is charged with a bank burglary involving a failed attempt to rob an ATM machine.

The defendant wishes to plead guilty to both cases, but wants to avoid accumulating additional criminal history points in one case that would count in the other. To this end, Judge Saris raised the possibility of doing simultaneous pleas in both cases. Mr. Devarie is scheduled for a Rule 11 hearing before Judge Saris on January 14, 2004 at 3:00. The defendant requests that this Court schedule a Rule 11 hearing at the same time so as to enable simultaneous pleas and avoid the accumulation of additional criminal history points.

**CONCLUSION**

For these reasons, the Court should schedule a Rule 11 plea hearing on January 14, 2004 at 3:00.

|  |  |
|---|---|
| Dated: | Jairus Devarie<br>By his Attorney,<br><br>/s/ Keith Halpern<br>_____<br>Keith Halpern<br>BBO # 545282<br>4 Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 722-9952 |