UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 03-10351-NG |
| ) | |
| JAIRUS DEVARIE ) | |

**DEFENDANT'S MOTION FOR RULE 11 HEARING**

Defendant Jairus Devarie hereby moves the Court to schedule a Rule 11 Hearing as he wishes to offer a change of plea.

Jairus Devarie
By his Attorney,

/s/Keith Halpern/

_____
Keith Halpern
BBO #: 545282
4 Longfellow Place, 37th Floor
Boston, MA 02115