# ATTACHMENT A

# Office Votes and Lifer Hearings



*Total Office Votes*

*15 Year Hearings for Lifers*

*Review Hearings for Lifers*

19

**OFFICE VOTES and LIFER HEARINGS**



Parole Board Office Votes 1992 - 2001

| Year | Votes |
|---|---|
| 1992 | 5,426 |
| 1993 | 5,491 |
| 1994 | 4,786 |
| 1995 | 4,533 |
| 1996 | 4,646 |
| 1997 | 4,151 |
| 1998 | 4,125 |
| 1999 | 4,070 |
| 2000 | 3,428 |
| 2001 | 2,955 |

## OFFICE VOTES and LIFER HEARINGS



**Release Hearings Held and Paroles Granted for Inmates Serving Life Sentences 1992 - 2001**

Total Release Hearings: 56 (1992), 79 (1993), 82 (1994), 66 (1995), 98 (1996), 78 (1997), 72 (1998), 102 (1999), 86 (2000), 96 (2001)

Total Paroles Granted: 13 (1992), 17 (1993), 16 (1994), 8 (1995), 11 (1996), 5 (1997), 8 (1998), 22 (1999), 20 (2000), 31 (2001)

**Paroling Rate for Inmates Serving Life Sentences 1992 - 2001**

23% (1992), 22% (1993), 20% (1994), 12% (1995), 11% (1996), 6% (1997), 11% (1998), 22% (1999), 23% (2000), 32% (2001)

## OFFICE VOTES and LIFER HEARINGS



## OFFICE VOTES and LIFER HEARINGS



**Review Hearings and Paroles Granted for Inmates Serving Life Sentences 1992 - 2001**

Review Hearings: 1992: 33; 1993: 55; 1994: 58; 1995: 41; 1996: 66; 1997: 50; 1998: 56; 1999: 79; 2000: 50; 2001: 72

Paroles Granted Review Hearings: 1992: 7; 1993: 11; 1994: 10; 1995: 5; 1996: 7; 1997: 5; 1998: 7; 1999: 19; 2000: 17; 2001: 29

**Paroling Rate at Review Hearings for Inmates Serving Life Sentences 1992 - 2001**

1992: 21%; 1993: 20%; 1994: 17%; 1995: 12%; 1996: 11%; 1997: 10%; 1998: 13%; 1999: 24%; 2000: 34%; 2001: 40%