UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the SHERIFF at **ESSEX COUNTY HOUSE OF CORRECTION, MIDDLETON, MA**  AND ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF **JAIRUS DAVERIE**

YOU ARE COMMANDED to have the body of now **JARIUS DAVERIE** in your custody, before the United States District Court for the District of Massachusetts, **courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **MAY 31, 2005, at 2:00PM** for the purpose of conference in the case of

**UNITED STATES V. JARIUS DAVERIE 03-10351-NG**

And you are to retain the body of said **JARIUS DAVERIE** while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **JARIUS DAVERIE** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 26th day of MAY 2005.

s/ NANCY GERTNER
UNITED STATES DISTRICT JUDGE

SARA A. THORNTON,
CLERK

SEAL

BY:/s/ Maryellen Molloy
Deputy Clerk